UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-520-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUENCHELLE HOUPE | **ORDER TO AMEND JUDGMENT** |

FOR GOOD CAUSE SHOWN the Judgment entered herein on January 9, 2020, is amended to include a recommendation for intensive substance abuse treatment.

SO ORDERED.

This the **24** day of September, 2020.

Honorable James C. Dever III
United States District Judge