UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-520-1-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER TO AMEND PSR** |
| QUENCHELLE HOUPE | |

FOR GOOD CAUSE SHOWN the United States Probation Office for the Eastern District of North Carolina is directed to reinterview Defendant with respect to the Substance Abuse Section of her Presentence Report and to amend the PSR to report Defendant's substance problem in the 12 months prior to her arrest on the subject charges.

SO ORDERED.

The amended Presentence Report should be filed under seal and made available to FPC Alderson or wherever Defendant may be incarcerated.

This the _3_ day of March, 2021.

                                                                  Honorable James C. Dever III
                                                                   United States District Judge