UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-520-1-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER RESCINDING ORDER TO AMEND PSR** |
| QUENCHELLE HOUPE | |

FOR GOOD CAUSE SHOWN the Order to Amend PSR filed and entered on March 3, 2021 (DE 129) is hereby rescinded.

SO ORDERED.

This the 8 day of April, 2021.

                                                   Honorable James C. Dever III
                                                   United States District Judge