IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-520-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| v. | ) **ORDER**<br>) |
| QUENCHELLE HOUPE, | )<br>) |
| Defendant. | )<br>) |

The United States shall file a response to defendant's pending motion [D.E. 132]. The response is due not later than October 22, 2021.

SO ORDERED. This 29 day of September, 2021.

JAMES C. DEVER III
United States District Judge