# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:18-CR-520-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| QUENCHELLE HOUPE, | ) | |
| | ) | |
| Defendant. | ) | |

On June 25, 2021, Quenchelle Houpe moved for a sentence reduction under the First Step Act ("First Step Act"), Pub. L. No. 115-391, § 603(b), 132 Stat. 5194, 5238–41 (2018) (codified as amended at 18 U.S.C. § 3582) [D.E. 132]. On October 29, 2021, the government responded in opposition [D.E. 139]. On January 20, 2022, the Bureau of Prisons released Houpe. See BOP https://www.bop.gov/inmateloc// (search by inmate name) (last visited Feb. 16, 2022). In light of Houpe's release, the court denies Houpe's motion as moot [D.E. 132].

SO ORDERED. This 16 day of February, 2022.

JAMES C. DEVER III
United States District Judge